John Spencer Stewart, OSB #711648
jstewart@lawssl.com
Tyler J. Storti, OSB #034695
tstorti@lawssl.com
STEWART SOKOL & LARKIN LLC
2300 SW First Avenue, Suite 200
Portland, OR  97201-5047
Telephone: (503) 221-0699
Facsimile: (503) 223-5706
*Attorneys for Defendant Moore Excavation Inc., d.b.a. MEI Group*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DEAN WESSELS,<br><br>    Plaintiff,<br><br>vs.<br><br>MOORE EXCAVATION INC., d.b.a. MEI GROUP,<br><br>    Defendant. | Case No. 3:14-cv-01329-HZ<br><br>**DEFENDANT MOORE EXCAVATION, INC.'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1, Defendant Moore Excavation Inc. discloses that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

DATED this 10th day of September, 2014.

STEWART SOKOL & LARKIN LLC


By: *s/Tyler J. Storti*
    John Spencer Stewart, OSB #711648
    jstewart@lawssl.com
    Tyler J. Storti, OSB #034695
    tstorti@lawssl.com
    *Attorneys for Defendant Moore Excavation Inc., d.b.a. MEI Group*

m:\wdocs\ssgmain\1040\1040.022\plead\01100862.docx

CORPORATE DISCLOSURE STATEMENT - 1

STEWART SOKOL & LARKIN LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR  97201-5047
(503) 221-0699
FAX (503) 223-5706

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **DEFENDANT MOORE EXCAVATION, INC.'S CORPORATE DISCLOSURE STATEMENT** on:

Kerry Smith
Smith & Fjelstad
722 N. Main Ave.
Gresham, OR  97030
E-mail: kerrymls@frontier.com
Phone: (503) 669-2242

by the following indicated method or methods:

   ☑   by **E-filing** a full, true and correct copy thereof to the attorney, as shown above, at the electronic mail address reflected on the court's CM/ECF system, on the date set forth below.

   ____   by **mailing** a full, true and correct copy thereof in a sealed, first-class postage-paid envelope, and addressed to the attorney as shown above, the last-known office address of the attorney, and deposited with the United States Postal Service at Portland, Oregon on the date set forth below.

   ____   by **e-mailing** a full, true and correct copy thereof to the party as shown above, at the last known electronic mail address reflected above, on the date set forth below.

DATED this 10th day of September, 2014.

STEWART SOKOL & LARKIN LLC

By: s/Tyler J. Storti
John Spencer Stewart, OSB #711648
jstewart@lawssl.com
Tyler J. Storti, OSB #034695
tstorti@lawssl.com
*Attorneys for Defendant Moore Excavation Inc., d.b.a. MEI Group*

CERTIFICATE OF SERVICE - 1

STEWART SOKOL & LARKIN LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR  97201-5047
(503) 221-0699
FAX (503) 223-5706