

# INVOICE

Phone: 800-869-9132

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.  
The KOIN Center  
222 SW Columbia Street, Suite 1500  
Portland OR 97201  

Attn: Elizabeth Falcone

Invoice #: 1914120  
Invoice Date: 9-Oct-2015  
Our Order #: 030-SF-057723-01

| Matter ID | Client Reference | Client PO | Claim Number | Claim Type | Name of Insured |
|---|---|---|---|---|---|
| Your File Number | Firm Matter ID | Claim Office | Sub Claim # | Date of Loss | |

Terms: Due upon receipt

Wessels v. Moore Excavation  
3:14-CV-01329-HZ

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Job Date: 25-Sep-2015 | | | | |
| Deponent: Dean Wessels | | | | |
| Deposition Appearance Fee - Regular - Hourly | 7.5 | Hr | $55.00 | $412.50 |
| Deposition Transcript - Original | 256 | Pg | $3.85 | $985.60 |
| Exhibit Scanning - Color | 9 | Pg | $.50 | $4.50 |
| Exhibit Scanning - PDF | 50 | Pg | $.20 | $10.00 |

Subtotal: $1,412.60  
Sales Tax: $.00  
Total Invoice USD: $1,412.60

Service Location:  
Portland OR 97201

Thank You. Your Business is appreciated.

*OK to pay*  
*[handwritten initials]*

REMIT TO:  
DTI  
PO Box 936158  
Atlanta, GA 31193-6158

For credit card payments, please visit  
https://ww2.e-billexpress.com/ebpp/DTI

PLEASE PAY FROM THIS INVOICE  
ABA Routing #: 121000248  
Beneficiary Account #: 4125126904  
Beneficiary Name: DTI

Tax No: 58-2413793

1 of 1

Exhibit A to Decl. in support of Cost Bill, Page 1 of 4



**INVOICE**

Phone: 800-869-9132

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.  
The KOIN Center  
222 SW Columbia Street, Suite 1500  
Portland OR 97201  
Attn: Elizabeth Falcone

Invoice #: 1914121  
Invoice Date: 9-Oct-2015  
Our Order #: 030-SF-057723-02

| Matter ID | Client Reference | Client PO | Claim Number | Claim Type | Name of Insured |
|---|---|---|---|---|---|
| Your File Number | Firm Matter ID | Claim Office | Sub Claim # | Date of Loss | |

Terms: Due upon receipt

Wessels v. Moore Excavation  
3:14-CV-01329-HZ

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Job Date: 25-Sep-2015 | | | | |
| Deponent: Dean Wessels | | | | |
| Video Hourly | 8 | Hr | $105.00 | $840.00 |
| | | | Subtotal: | $840.00 |
| | | | Sales Tax | $.00 |
| | | | Total Invoice USD | $840.00 |

Service Location:  
Portland OR 97201

Thank You. Your Business is appreciated.

OK to  
OK N pay  
9@7

REMIT TO:  
DTI  
PO Box 936158  
Atlanta, GA 31193-6158

For credit card payments, please visit  
https://ww2.e-billexpress.com/ebpp/DTI

PLEASE PAY FROM THIS INVOICE  
ABA Routing #: 121000248  
Beneficiary Account #: 4125126904  
Beneficiary Name: DTI

Tax No: 58-2413793



**INVOICE**

Phone: 800-869-9132

Ogletree, Deakins, Nash, Smoak
& Stewart, P.C.
222 SW Columbia St
Suite 1500
Portland, OR 97201
Attn: ELIZABETH FALCONE

| | |
|---|---|
| Invoice #: | M-044502 |
| Invoice Date: | 01/14/16 |
| Our Order #: | SF-068263-02 |
| Customer #: | 111401 |

Terms: Due upon receipt

Case No: 3:14-CV-01329-HZ

Wessels v. Moore Excavation

Job Date: 12/21/15
Deponent: Dean Wessels - Vol. 2
Video Hourly-Hr-STD

| QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|
| 2 | HOUR | $105.00 | $210.00 |

Depo Location: Portland, OR

| | |
|---|---|
| Subtotal: | $210.00 |
| Sales Tax | $0.00 |
| Total Invoice USD | $210.00 |

Thank You. Your Business is appreciated.

REMIT TO:
DTI
PO Box 936158
Atlanta, GA 31193-6158

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

PLEASE PAY FROM THIS INVOICE
ABA Routing #: 121000248
Beneficiary Account #: 4125126904
Beneficiary Name: DTI

Tax No: 58-2413793



**INVOICE**

Phone: 800-292-4789

Ogletree, Deakins, Nash, Smoak
& Stewart, P.C.
222 SW Columbia St
Suite 1500
Portland, OR 97201
Attn: ELIZABETH FALCONE

| | |
|---|---|
| Invoice #: | M-044481 |
| Invoice Date: | 01/14/16 |
| Our Order #: | SF-068263-01 |
| Customer #: | 111401 |

Terms: Due upon receipt

Case No: 3:14-CV-01329-HZ

Wessels v. Moore Excavation

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Job Date: 12/21/15 | | | | |
| Deponent: Dean Wessels - Vol. 2 | | | | |
| Deposition Appearance Fee - Regular - Hourly-Hr-STD | 2 | HOUR | $55.00 | $110.00 |
| Exhibit Scanning - PDF-Pg-STD | 64 | PAGE | $0.20 | $12.80 |
| Deposition Transcript - Original-Pg-STD | 51 | PAGE | $3.85 | $196.35 |
| Interactive Realtime-Pg-STD | 51 | EACH | $1.00 | $51.00 |

Depo Location: Portland, OR

| | |
|---|---|
| Subtotal: | $370.15 |
| Sales Tax | $0.00 |
| Total Invoice USD | $370.15 |

Thank You. Your Business is appreciated.

*Ok to pay* ✓

**REMIT TO:**
DTI
PO Box 936158
Atlanta, GA 31193-6158

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

PLEASE PAY FROM THIS INVOICE
ABA Routing #: 121000248
Beneficiary Account #: 4125126904
Beneficiary Name: DTI

Tax No: 58-2413793