# INVOICE

U.S. Legal Support - Wash
1904 3rd Street
Suite 900
Seattle, WA 98101
Phone: 206-673-4473   Fax: 206-673-4450

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 541990 | 1/26/2016 | 466872 |
| **Job Date** | **Case No.** | |
| 1/5/2016 | 3:14-CV-01329-HZ | |
| **Case Name** | | |
| Wessels v. Moore Excavation, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Amanda Van Wieren
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
222 Southwest Columbia Street
Suite 1500
Portland, OR 97201

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

   Howard Grattan, M.D.

                                 1,105.10

                       **TOTAL DUE >>>**    **$1,105.10**
                       AFTER 3/11/2016 PAY    $1,215.61

Reference No. : 12102
Online bill pay available at www.uslegalsupport.com

*OK to pay AVW* [handwritten]

Tax ID: 76-0523238                                                Phone: 503-552-2140   Fax: 503-224-4518

*Please detach bottom portion and return with payment.*

Amanda Van Wieren
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
222 Southwest Columbia Street
Suite 1500
Portland, OR 97201

Invoice No.    : 541990
Invoice Date  : 1/26/2016
**Total Due**     : **$ 1,105.10**
AFTER 3/11/2016 PAY $1,215.61

Remit To: **U.S. Legal Support (CA Reporting)**
          P.O. Box 4772-11
          Houston, TX 77210-4772

Job No.    : 466872
BU ID     : 47-Wash
Case No.   : 3:14-CV-01329-HZ
Case Name : Wessels v. Moore Excavation, Inc.

Exhibit B to Decl. in support of Cost Bill