# INVOICE

U.S. Legal Support - Wash
1904 3rd Street
Suite 900
Seattle, WA 98101
Phone:206-673-4473  Fax:206-673-4450

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 539768 | 1/14/2016 | 467248 |
| **Job Date** | **Case No.** | |
| 1/6/2016 | 3:14-CV-01329-HZ | |
| **Case Name** | | |
| Wessels v. Moore Excavation, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Amanda Van Wieren
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
222 Southwest Columbia Street
Suite 1500
Portland, OR  97201

HOLD ON NOTES
Barbara Miletich                                                                                        248.75

**TOTAL DUE >>>**          $248.75
AFTER 2/28/2016  PAY      $273.63

Reference No.  : 12055
Online bill pay available at www.uslegalsupport.com

Tax ID: 76-0523238                                            Phone: 503-552-2140   Fax:503-224-4518

*Please detach bottom portion and return with payment.*

Amanda Van Wieren
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
222 Southwest Columbia Street
Suite 1500
Portland, OR  97201

Invoice No.   : 539768
Invoice Date  : 1/14/2016
**Total Due**    : $ 248.75

AFTER 2/28/2016  PAY $273.63

Remit To: **U.S. Legal Support (CA Reporting)**
          **P.O. Box 4772-11**
          **Houston, TX  77210-4772**

Job No.    : 467248
BU ID      : 47-Wash
Case No.   : 3:14-CV-01329-HZ
Case Name  : Wessels v. Moore Excavation, Inc.

# INVOICE

U.S. Legal Support - Wash
1904 3rd Street
Suite 900
Seattle, WA 98101
Phone:206-673-4473 Fax:206-673-4450

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 546037 | 2/11/2016 | 467248 |
| Job Date | | Case No. |
| 1/6/2016 | | 3:14-CV-01329-HZ |
| Case Name | | |
| Wessels v. Moore Excavation, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Elizabeth Falcone
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
222 Southwest Columbia Street
Suite 1500
Portland, OR 97201

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
  Barbara Miletich                                                                1,316.98

                               TOTAL DUE >>>             $1,316.98
                               AFTER 3/27/2016 PAY       $1,514.53

Reference No. : 12103

Expedite -- Rough Draft provided

Online bill pay available at www.uslegalsupport.com

*OK to pay*
*G. Falcone*

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

Tax ID: 76-0523238                                                   Phone: 503-552-2140   Fax:503-224-4518

*Please detach bottom portion and return with payment.*

Elizabeth Falcone
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
222 Southwest Columbia Street
Suite 1500
Portland, OR 97201

Job No.     : 467248           BU ID      :47-Wash
Case No.    : 3:14-CV-01329-HZ
Case Name   : Wessels v. Moore Excavation, Inc.

Invoice No. : 546037           Invoice Date :2/11/2016
**Total Due : $ 1,316.98**
AFTER 3/27/2016 PAY $1,514.53

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

Remit To:  **U.S. Legal Support (CA Reporting)**
           P.O. Box 4772-11
           Houston, TX 77210-4772

Exhibit D to Decl. in support of Cost Bill, Page 2 of 15

# Invoice

**IBA, SYMONDS & DUNN**
FEDERAL ID NO. 93-1083854
10260 SW GREENBURG RD STE 400
PORTLAND, OR 97223
(503) 224-4438

| DATE | INVOICE # |
|---|---|
| 12/31/2015 | 29737 |

**BILL TO:**
OGLETREE, DEAKINS, NASH, ET AL
ATTORNEYS AT LAW
222 SW COLUMBIA, SUITE 1500
PORTLAND, OR 97201
ATTN: ELIZABETH FALCONE

| DESCRIPTION | AMOUNT |
|---|---|
| WESSELS V MOORE EXCAVATION CASE NO. 3:14-CV-01329-HZ | |
| DECEMBER 22, 2015 DEPOSITION OF ROY MOORE APPEARANCE FEE-$65 PER HOUR (NO TRANSCRIPT ORDERED) | 195.00 |

*OK to pay*
*Please order*

Thank you for your business!
Due on receipt. CVI

**TOTAL** $195.00

**IBA, SYMONDS & DUNN**
FEDERAL ID NO. 93-1083854
10260 SW GREENBURG RD STE 400
PORTLAND, OR 97223
(503) 224-4438

# Invoice

| DATE | INVOICE # |
|---|---|
| 1/25/2016 | 29794 |

**BILL TO:**
OGLETREE, DEAKINS, NASH, ET AL
ATTORNEYS AT LAW
222 SW COLUMBIA, SUITE 1500
PORTLAND, OR 97201
ATTN: ELIZABETH FALCONE

| DESCRIPTION | AMOUNT |
|---|---|
| WESSELS V MOORE EXCAVATION<br>CASE NO. 3:14-CV-01329-HZ<br><br>DECEMBER 22, 2015<br>DEPOSITION OF ROY MOORE<br>EXPEDITED ORIGINAL TRANSCRIPT AND ALL-WORD INDEX-$5.65 PER PAGE | 819.25 |
| EXPEDITED/SAME-DAY DELIVERY ROUGH-DRAFT TRANSCRIPT $1.00 PER PAGE | 133.00 |
| SCANNEDPHOTOCOPIES OF EXHIBITS-$.25 PER PAGE | 5.50 |
| POSTAGE AND HANDLING-ORIGINAL EXHIBITS | 8.00 |

Ok to pay
*[signature]*

Thank you for your business!
Due on receipt.   CVI

**TOTAL** $965.75

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 539770 | 1/14/2016 | 467248 |
| **Job Date** | **Case No.** | |
| 1/6/2016 | 3:14-CV-01329-HZ | |
| **Case Name** | | |
| Wessels v. Moore Excavation, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

U.S. Legal Support - Wash
1904 3rd Street
Suite 900
Seattle, WA 98101
Phone:206-673-4473   Fax:206-673-4450

Amanda Van Wieren
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
222 Southwest Columbia Street
Suite 1500
Portland, OR 97201

HOLD ON NOTES
   John Nutter                                                      130.00

                                          **TOTAL DUE >>>**    **$130.00**
                                          AFTER 2/28/2016 PAY    $143.00

Reference No.  : 12055
Online bill pay available at www.uslegalsupport.com

**Tax ID:** 76-0523238                          Phone: 503-552-2140   Fax:503-224-4518

*Please detach bottom portion and return with payment.*

Amanda Van Wieren
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
222 Southwest Columbia Street
Suite 1500
Portland, OR 97201

Invoice No.   : 539770
Invoice Date  : 1/14/2016
**Total Due**     : **$ 130.00**
AFTER 2/28/2016 PAY  $143.00

Job No.    : 467248
BU ID      : 47-Wash
Case No.   : 3:14-CV-01329-HZ
Case Name  : Wessels v. Moore Excavation, Inc.

Remit To: **U.S. Legal Support (CA Reporting)**
          **P.O. Box 4772-11**
          **Houston, TX  77210-4772**

# INVOICE

U.S. Legal Support - Wash
1904 3rd Street
Suite 900
Seattle, WA 98101
Phone:206-673-4473  Fax:206-673-4450

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 546039 | 2/11/2016 | 467248 |
| Job Date | Case No. | |
| 1/6/2016 | 3:14-CV-01329-HZ | |
| Case Name | | |
| Wessels v. Moore Excavation, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Elizabeth Falcone
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
222 Southwest Columbia Street
Suite 1500
Portland, OR  97201

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

John Nutter                                                                                     867.56

TOTAL DUE >>>                    $867.56
AFTER 3/27/2016  PAY              $997.69

Reference No.  : 12103

Expedite -- Rough Draft provided

Online bill pay available at www.uslegalsupport.com

*OK to pay*
*EFalcone*

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

Tax ID: 76-0523238                                                      Phone: 503-552-2140   Fax:503-224-4518

*Please detach bottom portion and return with payment.*

Elizabeth Falcone
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
222 Southwest Columbia Street
Suite 1500
Portland, OR  97201

Job No.      : 467248         BU ID      :47-Wash
Case No.     : 3:14-CV-01329-HZ
Case Name    : Wessels v. Moore Excavation, Inc.

Invoice No.  : 546039         Invoice Date :2/11/2016
**Total Due   : $ 867.56**
AFTER 3/27/2016  PAY  $997.69

| PAYMENT WITH CREDIT CARD | AMEX  MasterCard  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

Remit To: **U.S. Legal Support (CA Reporting)**
         P.O. Box 4772-11
         Houston, TX  77210-4772

# INVOICE

U.S. Legal Support - Wash  
1904 3rd Street  
Suite 900  
Seattle, WA 98101  
Phone:206-673-4473   Fax:206-673-4450

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 540631 | 1/18/2016 | 468011 |
| **Job Date** | **Case No.** | |
| 1/7/2016 | 3:14-CV-01329-HZ | |
| **Case Name** | | |
| Wessels v. Moore Excavation, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Elizabeth Falcone  
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.  
222 Southwest Columbia Street  
Suite 1500  
Portland, OR 97201

HOLD ON NOTES  
    Scott Pellecer                                                                                        195.00

                                                    **TOTAL DUE >>>**          **$195.00**
                                                    AFTER 3/3/2016  PAY          $214.50

Reference No.  : 12085  
Online bill pay available at www.uslegalsupport.com

Tax ID: 76-0523238                                              Phone: 503-552-2140   Fax:503-224-4518

*Please detach bottom portion and return with payment.*

Elizabeth Falcone  
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.  
222 Southwest Columbia Street  
Suite 1500  
Portland, OR 97201

Invoice No.   : 540631  
Invoice Date  : 1/18/2016  
**Total Due**     : **$ 195.00**  
AFTER 3/3/2016 PAY $214.50

Remit To: **U.S. Legal Support (CA Reporting)**  
**P.O. Box 4772-11**  
**Houston, TX  77210-4772**

Job No.    : 468011  
BU ID      : 47-Wash  
Case No.   : 3:14-CV-01329-HZ  
Case Name  : Wessels v. Moore Excavation, Inc.

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 542419 | 1/27/2016 | 468011 |
| **Job Date** | **Case No.** ||
| 1/7/2016 | 3:14-CV-01329-HZ ||
| **Case Name** |||
| Wessels v. Moore Excavation, Inc. |||
| **Payment Terms** |||
| Due upon receipt |||

U.S. Legal Support - Wash
1904 3rd Street
Suite 900
Seattle, WA 98101
Phone:206-673-4473  Fax:206-673-4450

Amanda Van Wieren
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
222 Southwest Columbia Street
Suite 1500
Portland, OR 97201

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
  Scott Pellecer                                                          1,317.50

                                        **TOTAL DUE >>>**       **$1,317.50**
                                        AFTER 3/12/2016 PAY       $1,449.25

Reference No. : 12104

Expedite -- Rough Draft provided

Online bill pay available at www.uslegalsupport.com

Tax ID: 76-0523238                               Phone: 503-552-2140  Fax:503-224-4518

*Please detach bottom portion and return with payment.*

Amanda Van Wieren
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
222 Southwest Columbia Street
Suite 1500
Portland, OR 97201

Invoice No.    : 542419
Invoice Date   : 1/27/2016
**Total Due**  : **$ 1,317.50**
AFTER 3/12/2016 PAY $1,449.25

Remit To: **U.S. Legal Support (CA Reporting)**
          **P.O. Box 4772-11**
          **Houston, TX 77210-4772**

Job No.    : 468011
BU ID      : 47-Wash
Case No.   : 3:14-CV-01329-HZ
Case Name  : Wessels v. Moore Excavation, Inc.

# INVOICE

U.S. Legal Support - Wash
1904 3rd Street
Suite 900
Seattle, WA 98101
Phone:206-673-4473  Fax:206-673-4450

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 540630 | 1/18/2016 | 468011 |
| Job Date | Case No. | |
| 1/7/2016 | 3:14-CV-01329-HZ | |
| Case Name | | |
| Wessels v. Moore Excavation, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Elizabeth Falcone
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
222 Southwest Columbia Street
Suite 1500
Portland, OR 97201

HOLD ON NOTES
  Mark Rolph

                                                                               97.50
                                            **TOTAL DUE >>>**        **$97.50**
                                            AFTER 3/3/2016 PAY        $107.25

Reference No. : 12085
Online bill pay available at www.uslegalsupport.com

**Tax ID:** 76-0523238                              Phone: 503-552-2140  Fax:503-224-4518

*Please detach bottom portion and return with payment.*

Elizabeth Falcone
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
222 Southwest Columbia Street
Suite 1500
Portland, OR 97201

Invoice No.    : 540630
Invoice Date   : 1/18/2016
**Total Due**  : **$ 97.50**
AFTER 3/3/2016 PAY $107.25

Remit To: **U.S. Legal Support (CA Reporting)**
          **P.O. Box 4772-11**
          **Houston, TX 77210-4772**

Job No.    : 468011
BU ID      : 47-Wash
Case No.   : 3:14-CV-01329-HZ
Case Name  : Wessels v. Moore Excavation, Inc.

# INVOICE

U.S. Legal Support - Wash  
1904 3rd Street  
Suite 900  
Seattle, WA 98101  
Phone:206-673-4473  Fax:206-673-4450

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 542418 | 1/27/2016 | 468011 |
| Job Date | Case No. | |
| 1/7/2016 | 3:14-CV-01329-HZ | |
| Case Name | | |
| Wessels v. Moore Excavation, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Amanda Van Wieren  
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.  
222 Southwest Columbia Street  
Suite 1500  
Portland, OR 97201

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:  
  Mark Rolph                                              717.98

  TOTAL DUE >>>     $717.98  
  AFTER 3/12/2016 PAY   $789.78

Reference No. : 12104  
Expedite -- Rough Draft provided

Online bill pay available at www.uslegalsupport.com

Tax ID: 76-0523238                                        Phone: 503-552-2140  Fax:503-224-4518

*Please detach bottom portion and return with payment.*

Amanda Van Wieren  
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.  
222 Southwest Columbia Street  
Suite 1500  
Portland, OR 97201

Invoice No.   : 542418  
Invoice Date  : 1/27/2016  
**Total Due**   : $ 717.98  
AFTER 3/12/2016 PAY $789.78

Remit To: U.S. Legal Support (CA Reporting)  
  P.O. Box 4772-11  
  Houston, TX 77210-4772

Job No.     : 468011  
BU ID       : 47-Wash  
Case No.    : 3:14-CV-01329-HZ  
Case Name   : Wessels v. Moore Excavation, Inc.

# INVOICE

U.S. Legal Support - Wash
1904 3rd Street
Suite 900
Seattle, WA 98101
Phone:206-673-4473  Fax:206-673-4450

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 539769 | 1/14/2016 | 467248 |
| **Job Date** | **Case No.** | |
| 1/6/2016 | 3:14-CV-01329-HZ | |
| **Case Name** | | |
| Wessels v. Moore Excavation, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Amanda Van Wieren
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
222 Southwest Columbia Street
Suite 1500
Portland, OR  97201

HOLD ON NOTES
  Brent Seipert                                                                 162.50

**TOTAL DUE  >>>**       $162.50
AFTER 2/28/2016  PAY     $178.75

Reference No.  : 12055
Online bill pay available at www.uslegalsupport.com

**Tax ID:** 76-0523238                                    Phone: 503-552-2140   Fax:503-224-4518

*Please detach bottom portion and return with payment.*

Amanda Van Wieren
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
222 Southwest Columbia Street
Suite 1500
Portland, OR  97201

Invoice No.   : 539769
Invoice Date  : 1/14/2016
**Total Due**     : $ 162.50

AFTER 2/28/2016  PAY  $178.75

Remit To: **U.S. Legal Support (CA Reporting)**
          **P.O. Box 4772-11**
          **Houston, TX  77210-4772**

Job No.    : 467248
BU ID      : 47-Wash
Case No.   : 3:14-CV-01329-HZ
Case Name  : Wessels v. Moore Excavation, Inc.

# INVOICE

U.S. Legal Support - Wash
1904 3rd Street
Suite 900
Seattle, WA 98101
Phone: 206-673-4473   Fax: 206-673-4450

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 546038 | 2/11/2016 | 467248 |
| Job Date | Case No. | |
| 1/6/2016 | 3:14-CV-01329-HZ | |
| Case Name | | |
| Wessels v. Moore Excavation, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Elizabeth Falcone
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
222 Southwest Columbia Street
Suite 1500
Portland, OR 97201

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Brent Seipert

                                                                 981.32

                                    TOTAL DUE >>>        $981.32
                                    AFTER 3/27/2016 PAY  $1,128.52

Reference No.   : 12103

Expedite -- Rough Draft provided

Online bill pay available at www.uslegalsupport.com

*OK to pay*
*a. Falcone*

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

Tax ID: 76-0523238                                          Phone: 503-552-2140   Fax: 503-224-4518

*Please detach bottom portion and return with payment.*

Elizabeth Falcone
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
222 Southwest Columbia Street
Suite 1500
Portland, OR 97201

Job No.     : 467248        BU ID     : 47-Wash
Case No.    : 3:14-CV-01329-HZ
Case Name   : Wessels v. Moore Excavation, Inc.

Invoice No. : 546038        Invoice Date : 2/11/2016
**Total Due : $ 981.32**
AFTER 3/27/2016 PAY $1,128.52

Remit To: U.S. Legal Support (CA Reporting)
         P.O. Box 4772-11
         Houston, TX 77210-4772

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

Exhibit D to Decl. in support of Cost Bill, Page 12 of 15

# INVOICE

U.S. Legal Support - Wash
1904 3rd Street
Suite 900
Seattle, WA 98101
Phone:206-673-4473  Fax:206-673-4450

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 540629 | 1/18/2016 | 468011 |
| Job Date | Case No. | |
| 1/7/2016 | 3:14-CV-01329-HZ | |
| Case Name | | |
| Wessels v. Moore Excavation, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Elizabeth Falcone
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
222 Southwest Columbia Street
Suite 1500
Portland, OR  97201

HOLD ON NOTES
   George Wells     97.50

**TOTAL DUE >>>**    **$97.50**
AFTER 3/3/2016  PAY    $107.25

Reference No.  : 12085
Online bill pay available at www.uslegalsupport.com

**Tax ID:** 76-0523238     Phone: 503-552-2140    Fax:503-224-4518

*Please detach bottom portion and return with payment.*

Elizabeth Falcone
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
222 Southwest Columbia Street
Suite 1500
Portland, OR  97201

Invoice No.  : 540629
Invoice Date : 1/18/2016
**Total Due**   : **$ 97.50**
AFTER 3/3/2016 PAY $107.25

Remit To: **U.S. Legal Support (CA Reporting)**
          **P.O. Box 4772-11**
          **Houston, TX  77210-4772**

Job No.   : 468011
BU ID     : 47-Wash
Case No.  : 3:14-CV-01329-HZ
Case Name : Wessels v. Moore Excavation, Inc.

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 552109 | 3/9/2016 | 467246 |
| Job Date | Case No. | |
| 1/4/2016 | 3:14-CV-01329-HZ | |

**Case Name**

Wessels v. Moore Excavation, Inc.

**Payment Terms**

Due upon receipt

U.S. Legal Support - Wash
1904 3rd Street
Suite 900
Seattle, WA 98101
Phone: 206-673-4473    Fax: 206-673-4450

Elizabeth Falcone
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
222 Southwest Columbia Street
Suite 1500
Portland, OR 97201

REPORTERS APPEARANCE FEE
- George Wells

145.00

TOTAL DUE >>>   $145.00
AFTER 4/23/2016 PAY   $166.75

Reference No. : 12029

Online bill pay available at www.uslegalsupport.com

Ok to pay
G. Falcon

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

Tax ID: 76-0523238                                                                   Phone: 503-552-2140    Fax: 503-224-4518

*Please detach bottom portion and return with payment.*

Elizabeth Falcone
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
222 Southwest Columbia Street
Suite 1500
Portland, OR 97201

Job No.     : 467246           BU ID      : 47-Wash
Case No.    : 3:14-CV-01329-HZ
Case Name   : Wessels v. Moore Excavation, Inc.

Invoice No. : 552109           Invoice Date : 3/9/2016
**Total Due  : $ 145.00**
AFTER 4/23/2016 PAY $166.75

| PAYMENT WITH CREDIT CARD | AMEX  MasterCard  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

Remit To: **U.S. Legal Support (CA Reporting)**
         P.O. Box 4772-11
         Houston, TX  77210-4772

Exhibit D to Decl. in support of Cost Bill, Page 14 of 15

# INVOICE

U.S. Legal Support - Wash
1904 3rd Street
Suite 900
Seattle, WA 98101
Phone: 206-673-4473   Fax: 206-673-4450

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 542417 | 1/27/2016 | 468011 |
| Job Date | Case No. | |
| 1/7/2016 | 3:14-CV-01329-HZ | |
| Case Name | | |
| Wessels v. Moore Excavation, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Amanda Van Wieren
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
222 Southwest Columbia Street
Suite 1500
Portland, OR  97201

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
  George Wells                                                                            603.92

                                                          TOTAL DUE >>>           $603.92
                                                          AFTER 3/12/2016  PAY    $664.31

Reference No.  : 12104

Expedite -- Rough Draft provided

Ok to pay
AVW

Online bill pay available at www.uslegalsupport.com

Tax ID: 76-0523238                                                   Phone: 503-552-2140    Fax: 503-224-4518

*Please detach bottom portion and return with payment.*

Amanda Van Wieren
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
222 Southwest Columbia Street
Suite 1500
Portland, OR  97201

Invoice No.   : 542417
Invoice Date  : 1/27/2016
**Total Due**  : **$ 603.92**
AFTER 3/12/2016  PAY  $664.31

Remit To:  U.S. Legal Support (CA Reporting)
           P.O. Box 4772-11
           Houston, TX  77210-4772

Job No.    : 468011
BU ID      : 47-Wash
Case No.   : 3:14-CV-01329-HZ
Case Name  : Wessels v. Moore Excavation, Inc.