

**Northwest PRIMARY CARE**
Care for every stage of your life

DATE 10/07/15                           PATIENT NAME Dean S Wessels

                                        PATIENT NUMBER 127363

NAME OF
COMPANY      OGLETREE, DEAKINS, NASH, SMOAK &
             STEWART, PC ATTORNEYS AT LAW

ADDRESS

CITY

PHONE:

TO WHOM IT MAY CONCERN:
WE HAVE RECEIVED YOUR REQUEST FOR INFORMATION REGARDING THE PATIENT ABOVE. IT IS OUR POLICY TO SECURE PAYMENT FOR THIS SERVICE. PLEASE SUBMIT $24.75 FOR THE ENCLOSED MEDICAL RECORDS. THE CHECK 46001707 FOR $40.00 HAS ALREADY BEEN DEDUCTED FROM THE TOTAL AMOUNT DUE.

☐ MEDICAL RECORDS: 169 PAGES.

*Ok to pay ~RS*

PAYMENT SHOULD BE REMITTED TO:

NORTHWEST PRIMARY CARE
P.O. BOX 22075
MILWAUKIE, OR 97269

IF YOU WOULD LIKE TO MAKE A CREDIT CARD PAYMENT OVER THE PHONE, PLEASE CALL (503) 353-1256

OUR TAX ID #: 93 0599056

PROVIDENCE HEALTH & SERVICES
dba Providence Central Release of Information
4400 NE Halsey Street
POP 1, STE 286
Portland, OR 97213
(503) 215-7423

**REQUESTER:**
Deakins Ogletree
Attn to:
The Koin Center
222 Sw Columbia Street
Suite 1500
Portland, Oregon 97201

DATE: 9/22/15

**HIM DEPT #481-87090**     RELEASE OF INFORMATION INVOICE
--------------------------------------------------------------------------------

For producing copies of medical records for:
Patient Name: Wessels, Dean Smith
EPN:
MRN: 20001697087

**Request Date: 9/8/2015**     **Invoice Date: 9/22/2015**     **Invoice Number: 90456**

Taxes:          $0.00
Balance Due:   $38.32

---------------------------PLEASE RETURN LOWER PORTION WITH PAYMENT---------------------------

HIM DEPT#481-87090     **PROVIDENCE HEALTH & SERVICES**     IRS# 51-0216586
                        PO BOX 4950, PORTLAND, OR 97208
                        dba Providence Central Release of Information

Requester: Deakins Ogletree                     Invoice Number: 90456
Attn to:                                         Invoice Date: 9/22/2015
Patient Name: Wessels, Dean Smith                Page Count: 23
MRN: 20001697087                                 Balance Due: $38.32
Release ID: 23888558

                                                PLEASE WRITE THE MRN ON CHECK

Thank you,
Santiago Barajas
Health Information Management

*OK to pay* [handwritten]

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 9/8/2015 | 3347 | Molly Hester | 5070 | 165 | 0.10 | $ 16.50 | Copies | 7768028 |
| 10/20/2015 | | Invoice=1443373 | | 165 | 0.10 | $ 16.50 | | |
| 9/9/2015 | 3347 | Molly Hester | 5070 | 24 | 0.10 | $ 2.40 | Copies | 7768982 |
| 10/20/2015 | | Invoice=1443373 | | 24 | 0.10 | $ 2.40 | | |
| 9/23/2015 | 2807 | Aimee Davis | 5070 | 380 | 0.10 | $ 38.00 | Copies | 7781459 |
| 10/20/2015 | | Invoice=1443373 | | 380 | 0.10 | $ 38.00 | | |
| 9/23/2015 | 3347 | Molly Hester | 5070 | 220 | 0.10 | $ 22.00 | Copies | 7781460 |
| 10/20/2015 | | Invoice=1443373 | | 220 | 0.10 | $ 22.00 | | |
| 9/23/2015 | 2807 | Aimee Davis | 5070 | 695 | 0.10 | $ 69.50 | Copies | 7781461 |
| 10/20/2015 | | Invoice=1443373 | | 695 | 0.10 | $ 69.50 | | |
| 9/24/2015 | 3347 | Molly Hester | 5070 | 22 | 0.10 | $ 2.20 | Copies | 7782721 |
| 10/20/2015 | | Invoice=1443373 | | 22 | 0.10 | $ 2.20 | | |
| 9/25/2015 | 2807 | Aimee Davis | 5070 | 15 | 0.10 | $ 1.50 | Copies | 7783782 |
| 10/20/2015 | | Invoice=1443373 | | 15 | 0.10 | $ 1.50 | | |
| 9/25/2015 | 3347 | Molly Hester | 5070 | 108 | 0.10 | $ 10.80 | Copies | 7783783 |
| 10/20/2015 | | Invoice=1443373 | | 108 | 0.10 | $ 10.80 | | |
| 9/25/2015 | 3347 | Molly Hester | 5070 | 91 | 0.10 | $ 9.10 | Copies | 7783784 |
| 10/20/2015 | | Invoice=1443373 | | 91 | 0.10 | $ 9.10 | | |
| 9/29/2015 | 3347 | Molly Hester | 5070 | 180 | 0.10 | $ 18.00 | Copies | 7788987 |
| 10/20/2015 | | Invoice=1443373 | | 180 | 0.10 | $ 18.00 | | |
| 10/12/2015 | 3347 | Molly Hester | 5070 | 36 | 0.10 | $ 3.60 | Copies | 7828831 |
| 11/19/2015 | | Invoice=1455369 | | 36 | 0.10 | $ 3.60 | | |
| 11/13/2015 | 2807 | Aimee Davis | 5070 | 1 | 0.10 | $ 0.10 | Copies | 7888783 |
| 12/16/2015 | | Invoice=1469524 | | 1 | 0.10 | $ 0.10 | | |
| 11/20/2015 | 3672 | Amanda Wickham | 5070 | 5 | 0.10 | $ 0.50 | Copies | 7895418 |
| 12/16/2015 | | Invoice=1469524 | | 5 | 0.10 | $ 0.50 | | |
| 11/20/2015 | 3672 | Amanda Wickham | 5070 | 11 | 0.10 | $ 1.10 | Copies | 7895419 |
| 12/16/2015 | | Invoice=1469524 | | 11 | 0.10 | $ 1.10 | | |
| 11/20/2015 | 3672 | Amanda Wickham | 5070 | 1 | 0.10 | $ 0.10 | Copies | 7895420 |
| 12/16/2015 | | Invoice=1469524 | | 1 | 0.10 | $ 0.10 | | |
| 12/4/2015 | 1932 | Heidi King | 5070 | 14 | 0.10 | $ 1.40 | Copies | 7927741 |
| 1/25/2016 | | Invoice=1481737 | | 14 | 0.10 | $ 1.40 | | |
| 12/21/2015 | 2807 | Aimee Davis | 5070 | 25 | 0.10 | $ 2.50 | Copies | 7943702 |
| 1/25/2016 | | Invoice=1481737 | | 25 | 0.10 | $ 2.50 | | |
| 12/21/2015 | 2807 | Aimee Davis | 5070 | 25 | 0.10 | $ 2.50 | Copies | 7943703 |
| 1/25/2016 | | Invoice=1481737 | | 25 | 0.10 | $ 2.50 | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 12/29/2015 | 3347 | Molly Hester | 5070 | 36 | 0.10 | $ 3.60 | Copies | 7947983 |
| 1/25/2016 | | Invoice=1481737 | | 36 | 0.10 | $ 3.60 | | |
| 12/29/2015 | 3347 | Molly Hester | 5070 | 116 | 0.10 | $ 11.60 | Copies | 7947984 |
| 1/25/2016 | | Invoice=1481737 | | 116 | 0.10 | $ 11.60 | | |
| 1/7/2016 | 658 | Elizabeth A. Falcone | 5070 | 4 | 0.10 | $ 0.40 | Copies | 7976268 |
| 2/5/2016 | | Invoice=1485153 | | 4 | 0.10 | $ 0.40 | | |
| 1/22/2016 | 1932 | Heidi King | 5070 | 12 | 0.10 | $ 1.20 | Copies | 7987978 |
| 2/5/2016 | | Invoice=1485153 | | 12 | 0.10 | $ 1.20 | | |
| 2/23/2016 | 1932 | Heidi King | 5070 | 7 | 0.10 | $ 0.70 | Copies | 8063964 |
| 3/15/2016 | | Invoice=1503967 | | 7 | 0.10 | $ 0.70 | | |
| 2/24/2016 | 1932 | Heidi King | 5070 | 52 | 0.10 | $ 5.20 | Copies | 8065372 |
| 3/15/2016 | | Invoice=1503967 | | 52 | 0.10 | $ 5.20 | | |
| 2/25/2016 | 1932 | Heidi King | 5070 | 2 | 0.10 | $ 0.20 | Copies | 8067067 |
| 3/15/2016 | | Invoice=1503967 | | 2 | 0.10 | $ 0.20 | | |
| 3/2/2016 | 2807 | Aimee Davis | 5070 | 93 | 0.10 | $ 9.30 | Copies | 8080876 |
| 3/11/2016 | 2807 | Aimee Davis | 5070 | 12 | 0.10 | $ 1.20 | Copies | 8092462 |

```
UNBILLED TOTALS:   WORK:                       $  10.50   2 records
UNBILLED TOTALS:   BILL:                       $  10.50

BILLED TOTALS:     WORK:                       $ 224.70   25 records
BILLED TOTALS:     BILL:                       $ 224.70

GRAND TOTAL:       WORK:                       $ 235.20   27 records
GRAND TOTAL:       BILL:                       $ 235.20
```

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 9/24/2015 | 3347 | Molly Hester | 5072 | 18.00 | $ 0.75 | 13.5 | Color Copies Rate .75/pg | 7782722 |
| 10/20/2015 | | Invoice=1443373 | | 18.00 | $ 0.75 | 13.5 | | |

```
BILLED TOTALS:     WORK:                              13.5   1 records
BILLED TOTALS:     BILL:                              13.5

GRAND TOTAL:       WORK:                              13.5   1 records
GRAND TOTAL:       BILL:                              13.5
```